CHAMBERS OF
JOHN G. HEYBURN II
UNITED STATES DISTRICT JUDGE

UNITED STATES COURTHOUSE
LOUISVILLE, KY 40202
(502) 625-3620

███████████

July 13, 2009

Judge Bobby R. Baldock
Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Baldock:

I have your letter dated May 13, 2009. In response to your inquiry, the following information is relevant:

| Asset | C Gross Value | |
|---|---|---|
| | (1) Value | (2) Method |
| I.S. Trust | N | T |
| F.F.S. Trust | M | T |

I trust this is sufficient to amend my report.

Sincerely,

███████████

Heyburn II_John_G

| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br>HEYBURN II, JOHN G | 2. Court or Organization<br>U.S.D.C.KENTUCKY WESTERN | 3. Date of Report<br>4/15/2009 |
|---|---|---|

| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Court Judge (Active) | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ⦿ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2008<br>to<br>12/31/2008 |
|---|---|---|

| 7. Chambers or Office Address<br>239 U.S. Courthouse<br>Louisville, KY 40202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    Trustee | Charitable Foundation - H |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE   2009 APR 20 A 11: 06   RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Tulane Law School | Symposium Speaker ($745.38) |
| 2. | American Conference Institute | Conference Speaker ($754.90) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1.  Capital One Visa | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 4/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. I.S. Trust | D | Dividend | | | | | | | |
| 2. F.F.S. Trust | C | Dividend | | | | | | | |
| 3. HILLIARD LYONS TRUSTEE(IRA) | D | Dividend | N | T | | | | | |
| 4. Hilliard-Lyon Gov't Fd. | | | | | | | | | |
| 5. Banco Bilbao Vizcaya | | | | | | | | | |
| 6. Berkshire Hathaway-B | | | | | | | | | |
| 7. Chevron | | | | | | | | | |
| 8. Exxon Mobil | | | | | | | | | |
| 9. Growth Fd. Of America | | | | | | | | | |
| 10. HILLIARD LYONS TRUSTEE (IRA)-Hilliard-Lyon Gov't Fd. | D | Dividend | N | T | | | | | |
| 11. 12a. Growth Fd. of America | | | | | | | | | |
| 12. Invest.Co.of Am. | | | | | | | | | |
| 13. Smallcap Wld.Fd. | | | | | | | | | |
| 14. OTHER INVESTMENTS | | | | | | | | | |
| 15. Hilliard-Lyon Gov't Fd. | B | Dividend | K | T | | | | | |
| 16. American Tower Corp | A | Dividend | | | Sold all | 8/1 | J | A | |
| 17. Anheuser Busch | A | Dividend | | | sold | 11/18 | M | E | |
| 18. Apple Inc. | A | Dividend | L | T | buy | 9/10 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 4/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Berkshire Hathaway | A | Dividend | L | T | buy | 10/22 | J | A | |
| 20. Bristol Myers Squibb | C | Dividend | L | T | | | | | |
| 21. Brown Forman Inc. | A | Dividend | K | T | | | | | |
| 22. Chevron Corp. | B | Dividend | L | T | | | | | |
| 23. Citadel Broadcasting | A | Dividend | J | T | | | | | |
| 24. Clorox Co. | A | Dividend | L | T | | | | | |
| 25. Colgate Palmolive | A | Dividend | K | T | | | | | |
| 26. Costco | A | Dividend | K | T | | | | | |
| 27. Daktronics, Inc. | A | Dividend | J | T | | | | | |
| 28. Disney Co. | A | Dividend | K | T | | | | | |
| 29. Ebay Inc. | A | Dividend | | | sold | 10/18 | K | A | |
| 30. Emerson Electric Co. | A | Dividend | J | T | | | | | |
| 31. Exxon Mobil | B | Dividend | M | T | | | | | |
| 32. First Marblehead Corp | | | | | sold | 9/10 | J | A | |
| 33. General Electric Co. | B | Dividend | M | T | | | | | |
| 34. GlaxcoSmithKline PLC * (W) | A | Dividend | K | T | | | | | |
| 35. Goldman Sachs | A | Dividend | J | T | buy | 10/22 | J | A | |
| 36. Growth Fd. Of America | A | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 4/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Hilliard Lyons Growth | B | Dividend | K | T | | | | | |
| 38. Home Depot Inc. | A | Dividend | M | T | | | | | |
| 39. Johnson and Johnson | A | Dividend | M | T | | | | | |
| 40. Kimberly-Clark Corp | A | Dividend | K | T | | | | | |
| 41. MBIA Inc. | | | | | sold | 8/26 | K | A | |
| 42. McGraw-Hill Cos. | A | Dividend | K | T | | | | | |
| 43. Medtronic Inc. | A | Dividend | K | T | | | | | |
| 44. Merck and Co. | A | Dividend | K | T | | | | | |
| 45. Microsoft | A | Dividend | L | T | sold | 9/10 | K | D | |
| 46. Moodys | A | Dividend | K | T | | | | | |
| 47. Pepsico | A | Dividend | | | sold | 2/1 | J | A | |
| 48. Proctor & Gambill | B | Dividend | M | T | | | | | |
| 49. Schlumberger Ltd (W) | A | Dividend | K | T | buy | 10/22 | J | A | |
| 50. Starbucks Corp. | A | Dividend | K | T | | | | | |
| 51. SY Bank Corp. | A | Dividend | K | T | | | | | |
| 52. US Wireless Online, Inc. | A | Dividend | J | T | | | | | |
| 53. Walgreen Company | A | Dividend | K | T | | | | | |
| 54. Wyeth, formerly Amer. Home Prod. | C | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 4/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Zimmer Hldgs | A | Dividend | K | T | | | | | |
| 56. TRUST - (███Tr.) | D | Dividend | N | T | | | | | |
| 57. Baird Bond Fund | | | | | | | | | |
| 58. Blackrock Fd. | | | | | | | | | |
| 59. Gen.Elect. | | | | | | | | | |
| 60. Ishares Tr. | | | | | | | | | |
| 61. National City | | | | | sold all | 8/1 | J | A | |
| 62. JP Morgan Co. | | | | | | | | | |
| 63. TRUST (MPS Tr.) - Armanda Money Mkt.Fd. | D | Dividend | N | T | | | | | |
| 64. Ky. Tax Exempt Money Fd | | | | | | | | | |
| 65. American Intl Group | | | | | sold all | 8/1 | K | A | |
| 66. BP PLC ADR | | | | | | | | | |
| 67. Citigroup Inc. | | | | | sold all | 8/1 | K | A | |
| 68. Coca Cola Co | | | | | | | | | |
| 69. Gannett Co. | | | | | sold all | 8/1 | K | A | |
| 70. General Electric | | | | | | | | | |
| 71. GlaxoSmithKline PLC | | | | | | | | | |
| 72. Honeywell Intl. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 4/15/2009 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. Johnson & Johnson | | | | | | | | | |
| 74. Marsh & McLennan | | | | | sold all | 8/1 | K | A | |
| 75. McGraw-Hill Co. | | | | | | | | | |
| 76. Nokia Corp. | | | | | | | | | |
| 77. Proctor & Gamble | | | | | | | | | |
| 78. Schlumberger Ltd. | | | | | | | | | |
| 79. Texas Instruments | | | | | | | | | |
| 80. Wells Fargo & Co | | | | | | | | | |
| 81. CHARITABLE FOUNDATION - (■ Fd.) | C | Dividend | K | T | | | | | |
| 82. 92a. Hilliard Lyons Growth | | | | | | | | | |
| 83. ING ReliaStar Ins.Co.    Universal Life Policy | | | N | V | | | | | |
| 84. MONY Whole Life | | | K | V | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HEYBURN II, JOHN G | 4/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____ 4. 15 - 09 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544